UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT RENFRO,
WILLIAM SOUTHWORTH,
RICHARD PETERSON, and
JAMES FITCHUK, individually
and as Class Representatives on
behalf of other persons similarly
situated,

    Plaintiffs,                                               Case No. 1:99-cv-877

v                                                                      Hon. Wendell A. Miles

INDIANA MICHIGAN POWER
COMPANY,
d/b/a AMERICAN ELECTRIC POWER,

    Defendant.
_____/

## JUDGMENT

In accordance with the Findings of Fact and Conclusions of Law entered this same date,

IT IS ORDERED, DECLARED, and ADJUDGED that plaintiffs shall recover of the defendant Indiana Michigan Power Company, d/b/a American Electric Power ("AEP") the amount of $ 433,166, payable as follows:

| | |
|---|---|
| William Southworth | $ 83,118 |
| Lloyd Dopp | $135,400 |
| Robert Piehl | $102,776 |
| Edward Jones | $ 40,166 |
| Steve Hoepner (Barbara Hoepner) | $ 71,706 |

IT IS FURTHER ORDERED, DECLARED, and ADJUDGED that defendant AEP, its officers, agents, servants, employees, and attorneys, and all persons acting or claiming to act in AEP's behalf and interest, be and hereby are restrained and enjoined from violating the provisions of Section 7 of the Fair Labor Standards Act, 29 U.S.C. § 207 ("the Act"). AEP shall not, contrary to the provisions of the Act, employ William Southworth, Edward Dopp, and Robert Piehl in their current occupations, as found by the court, for a workweek longer than 40 hours, unless the employee receives compensation for his employment in excess of 40 hours at a rate not less than one and one-half times the regular rate at which he is employed.

Entered this 8th day of June, 2006.

    /s/ Wendell A. Miles
Wendell A. Miles, Senior Judge