UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT RENFRO,
WILLIAM SOUTHWORTH,
RICHARD PETERSON, and
JAMES FITCHUK, individually
and as Class Representatives on
behalf of other persons similarly
situated,

       Plaintiffs,

v

INDIANA MICHIGAN POWER
COMPANY,
d/b/a AMERICAN ELECTRIC POWER,

       Defendant.
_____/

Case No. 1:99-cv-877

Hon. Wendell A. Miles

## TAXED BILL OF COSTS (Amended)

Final judgment having been entered in favor of five of the named plaintiffs in this action on June 8, 2006, with defendant Indiana Michigan Power Company, d/b/a/ American Electric Power ("AEP) having prevailed on the claims of certain other plaintiffs as specified in the judgment entered on October 2, 2002 and the Opinion and Order entered on January 25, 2005 (docket nos. 215 and 274, respectively), the court hereby amends the Taxed Bill of Costs (docket no. 336), and taxes the following as costs in favor of AEP and against plaintiffs Kurt Renfro, Richard Peterson, Terry W. Abernathy, James B. Adkins, Evan D. Arms, Carter Browne, Leonard A. Caccioppo, James E. Cavitt, Ralph E. Davidson, James Lee Eggleston, Stephen Fulton, Michael L. Harper, Roger A. Ingalsbe, Alan C. Johnson, Dale Koern, Edwin L. Phillips, James H. Pope, Lawrence R. Prenger, Bruce T. Radde, Gregory W. Reese, Conrad V. Reid, E.

Brian Roush, John Mark Sanders, Joseph Staub, Guy E. Troxell, Larry W. Wilkes, James Fitchuk, Thomas Brown, John Hylok, David Kosonovich, James Murtha, James Parker, and Dale Post:

| | |
|---|---|
| Fees of the clerk | $ 25.00 |
| Fees of the court reporter for transcripts | 26,798.25 |
| Fees and disbursements for printing | 940.80 |
| Fees for witnesses | 58.13 |
| | $ 27,822.18 |

So ordered this 28th day of December, 2006.

                                                  /s/ Wendell A. Miles  
                                                Wendell A. Miles, Senior Judge